UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMAURION DAVIS and ACCESS NOW, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FKG OIL COMPANY d/b/a MOTOMART,<br><br>    Defendant. | No. 3:17-cv-00217-DRH-DGW |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs DeMaurion Davis and Access Now, Inc. ("Plaintiffs") and FKG Oil Company d/b/a Motomart, by and through their undersigned counsel hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as to the claims of Plaintiffs and without prejudice as to the claims of putative class members;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully Submitted,

/s/ *Matthew H. Armstrong*
Matthew H. Armstrong (ARDC 6226591)
matt@mattarmstronglaw.com
**ARMSTRONG LAW FIRM LLC**
8816 Manchester Rd.
No. 809
St. Louis MO 63144


Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
**CARLSON LYNCH SWEET, KILPELA &
CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15221

/s/ *Michael Armstrong* (w/consent)
Neal F. Perryman
Nperryman@lewisrice.com
Michael Armstrong
marmstrong@lewisrice.com
**LEWIS RICE LLC - St. Louis**
600 Washington Avenue
Suite 2500
St. Louis, MO 63101

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on July 24, 2017.

/s/ Matthew H. Armstrong