UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**DEMAURION DAVIS and
ACCESS NOW, INC., individually
and on behalf of all others similarly
situated,**
       **Plaintiffs,**

                                                              **No. 17-cv-217-DRH-DGW**

**v.**

**FKG OIL COMPANY
d/b/a MOTOMART,**

       **Defendant.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 26, 2017 (Doc. 15), all individual claims and allegations brought by DeMaurion Davis and Access Now, Inc., against defendant FKG Oil Company d/b/a Motomart are **DISMISSED with prejudice and without costs**. The claims of the putative class members are **DISMISSED without prejudice**.

                                                               **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                                                               **BY:**    /s/ *Alex Francis*
                                                                         **Deputy Clerk**

DATED: July 26, 2017

APPROVED:
                                          Digitally signed by
                                          Judge David R. Herndon
                                          Date: 2017.07.26
                                          11:41:01 -05'00'

      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT